

**UNITED STATES PROBATION DEPARTMENT**
Eastern District of New York

Eileen Kelly
Chief U.S. Probation Officer

Michael J. Glatthaar
Sr. Deputy Chief U.S. Probation Officer

Guillermo G. Figueroa
George H. Gonzalez
Helen Georgopoulos
Deputy Chief U.S. Probation Officers

Reply to:

147 Pierrepont Street
Brooklyn, NY 11201-2712
Tel. No. (347) 534-3400
Fax No. (347) 534-3509

Branch Office:

202 Federal Plaza
P.O. Box 9012
Central Islip, NY 11722-9012
Tel. No. (631) 712-6300
Fax No. (631) 712-6395

NOVEMBER 28, 2011

Mr. Douglas C. Palmer
Clerk of the Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Attn:   Mr. Mark Brown

RE:    Michael Donnell Bond
       Request for Transfer of Jurisdiction

Dear Chief Palmer:

The above offender was sentenced on September 7, 2010, by the Honorable Ellen Bree Burns, Senior U.S. District Judge, to five years probation. The following special conditions were imposed: $100 special assessment fee; $1,400 fine to be paid at a rate of $50 per month; shall not incur new credit charges or open additional lines of credit without permission from the U.S. Probation Office, until the criminal debt is paid; shall provide the probation officer with access to all requested financial information; and shall file timely and accurate tax returns. The above sentence followed Bond's plea of guilty to Structuring Financial Transactions, in violation 31 U.S.C. § 5324(a)(3) and 31 C.F.R. § 103.11.

By virtue of his residence in Brooklyn, New York, Bond commenced his term of supervision in this district. He has engaged in violation of probation conduct which has been reported to Judge Burns. Judge Burns has initiated transfer of jurisdiction to allow these matters to be further addressed. Probation Forms 22 are enclosed for processing. It is respectfully requested that an Eastern District of New York docket number and U.S. District Court Judge be assigned.

Your cooperation is appreciated. I may be reached at (347) 534-3674, should the need arise.

Very truly yours,

Karen W. Hill
U.S. Probation Officer

CR 11 794

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 3:10CR00025(EBB) |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 28 2011 ★
BROOKLYN OFFICE

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Donnell Bond<br>740 East 32nd Street<br>Apartment F-3<br>Brooklyn, New York 11210 | Connecticut | New Haven |
| | NAME OF SENTENCING JUDGE | |
| | Hon. Ellen Bree Burns, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/07/2010 | TO 09/06/2015 |

OFFENSE

Structuring Fincancial Transactions, in violation of 31 U.S.C. Section 5324(a)(3)

JOHNSON, J.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Connecticut

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Eastern District of New York  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/24/11
*Date*                                    *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Eastern  DISTRICT OF  New York

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                    _____
*Effective Date*                                    *United States District Judge*

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION **CR 11 794** | | DOCKET NUMBER *(Trans. Court)* 3:10CR00025(EBB) |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ NOV 28 BROOKLYN OFFICE

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Donnell Bond<br>740 East 32nd Street<br>Apartment F-3<br>Brooklyn, New York  11210 | Connecticut | New Haven |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Hon. Ellen Bree Burns, Senior U.S. District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 09/07/2010 | 09/06/2015 |

OFFENSE

Structuring Fincancial Transactions, in violation of 31 U.S.C. Section 5324(a)(3)

JOHNSON, J

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Connecticut

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Eastern District of New York  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/24/11
*Date*

*/s/ Ellen B. Burns, Sr. USDJ*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Eastern  DISTRICT OF  New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*       *United States District Judge*